**DUNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**CAIRO HOLDING COMPANY, INC.** **CASE NO. 23-01954-JDW**

**DEBTOR.** **CHAPTER 11**

**NOTICE OF HEARING AND DEADLINES**

J. Walter Newman IV, attorney for the debtor, has filed a Final Application for Compensation (the "Application") (Dkt # 229) with the Court in the above styled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold a hearing on October 30, 2024, at 1:30 pm. in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before October 28, 2024. Please note that a corporation, partnership, trust, and other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 E. Court Street, Ste. 2.300, Jackson, MS 39201.

Date: September 30, 2024

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court St., Ste. 2.300
Jackson, MS 39201
601-608-4600