**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: CAIRO HOLDING COMPANY, INC.[1]** **CHAPTER 11**

**Debtor** **CASE NO. 23-01954-JDW**

**Jointly Administered**

**APPLICATION FOR AUTHORITY TO PAY CERTAIN ADMINISTRATIVE PRIORITY TAX CLAIMS**

COMES NOW, Cairo Holding Company, Inc. ("Applicant") and files this its Application for Authority to Pay Certain Administrative Priority Tax Claims (the "Application"), and in support thereof would show as follows:

1. The Debtor filed its voluntary petition for relief pursuant to 11 U.S.C. Chapter 11 on August 25, 2023 as a Subchapter V Debtor. The Debtor filed its Motion for Administrative Consolidation on August 25, 2023 and the Court granted same on October 3, 2023 and an Agreed Order was entered Consolidating Cairo Holding Company, Inc., and Cappaert Manufactured Housing, Inc. [Docket No. 61].

2. This Honorable Court has jurisdiction of the subject matter herein and the parties hereto pursuant to 28 U.S.C. §§157 and 1334; 11 U.S.C. §§105, 363, 503, 507(a)(8), 1107 and related statutes and rules, as well as various orders of reference. This is a core proceeding.

3. This Court has set September 30, 2024 as the bar date for the filing of all Priority Claims in this Chapter 11 case and the deadline for objection to same has been set for October 30, 2024 **[Docket No. 224]**.

4. On December 20, 2023, the Debtor filed its SubChapter V Plan of Liquidation

[1] Jointly Administered with Cappaert Manufactured Housing, Inc., Case No. 23-01955-JDW

[Docket No. 124] and after notice and a hearing on same, an Agreed Order Confirming Debtor's SubChapter V Plan of Liquidation was entered on February 27, 2024 [Docket No. 175]. On June 5, 2024, the Debtor filed its Motion For Authority to Sell Real Property and Cappaert Assets Outside the Ordinary Course of Business Free and Clear of Liens, Claims and Interests With Proceeds to be Paid to RiverHills Bank [Docket No. 199] and after notice and a hearing on same, an Order on the Motion For Authority to Sell Real Property and Cappaert Assets Outside the Ordinary Course of Business Free and Clear of Liens, Claims and Interests With Proceeds to be Paid to RiverHills Bank was entered on July 29, 2024 [Docket No. 221].

5. The Debtor owes approximately $6,898.44 ($514.69 late filing assessment for 1st quarter of 2024, $5,803.75 in 2nd quarter 2024 941 taxes and approximately $580.00 in estimated late filing fees for 2nd quarter of 2024) in payroll taxes to the Mississippi Department of Revenue and the Internal Revenue Service. These Administrative Priority Claims will be allocated to Cappaert Manufactured Housing, Inc.

6. By this Application, the Debtor seeks authority of the Court to allow it to pay the Mississippi Department of Revenue and the Internal Revenue Service.

7. The Debtor seeks authority of the Court to pay these certain administrative priority tax claims at this particular point in this Chapter 11 case because it appears that there will be sufficient funds with which to pay the claims and taxes and penalties continue to accrue on these taxes.

8. The Application is in the best interests of the Debtor, the Mississippi Department of Revenue, the Internal Revenue Service, the creditors and parties in interest in this Chapter 11 case.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully prays that upon a hearing hereof, this Honorable Court will enter its Order granting the Application and allowing the

Debtor to pay the $6,898.44 ($514.69 late filing assessment for 1st quarter of 2024, $5,803.75 in 2nd quarter 2024 941 taxes and approximately $580.00 in estimated late filing fees for 2nd quarter of 2024) in payroll taxes to the Mississippi Department of Revenue and the Internal Revenue Service when the sales proceeds are available. The Debtor prays for other such general and specific relief as this Court may deem just.

Respectfully submitted, this the 30th day of September, 2024.

**CAIRO HOLDING COMPANY, INC.**

By Its Attorney,

**J. WALTER NEWMAN IV**

***/s/J. Walter Newman IV***
J. WALTER NEWMAN IV

J. Walter Newman IV, MSB# 3832
NEWMAN & NEWMAN
587 Highland Colony Parkway
Ridgeland, MS 39157
Telephone No. (601) 948-0586
Email: wnewman95@msn.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I, J. Walter Newman IV, the undersigned attorney for the above referenced debtor, do hereby certify that I have this date served a true and correct copy of the Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses *via* Notice of Electronic Filing (NEF) through the ECF system to the following:

Office of the Untied States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Christopher J. Steiskal
christopher.j.steiskal@usdoj.gov

Robert A. Byrd
rab@byrdwiser.com

Dated this the 30th day of September, 2024.

***/s/J. Walter Newman IV***
J. WALTER NEWMAN IV