**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: CAIRO HOLDING COMPANY, INC.**[1] **CHAPTER 11**

**Debtor** **CASE NO. 23-01954-JDW**

**Jointly Administered**

# CERTIFICATE OF SERVICE

I, J. Walter Newman IV, do hereby certify that on the 1st day of October, 2024, a copy of the Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses **[Docket No. 229]** and the Notice of Hearing **[Docket No. 230]** was served *via* United States Mail, postage pre-paid and/or via electronic service through the Court's CM/ECF System on all Parties listed on the Shortened Service and Notice List attached hereto.

THIS, the 1st day of October, 2024.

*/s/J. Walter Newman IV*
J. WALTER NEWMAN IV

J. Walter Newman IV, MSB# 3832
NEWMAN & NEWMAN
587 Highland Colony Parkway
Ridgeland, MS 39157
Telephone No. (601) 948-0586
Email: wnewman95@msn.com
Attorney for Debtors

[1]Jointly Administered with Cappaert Manufactured Housing, Inc., Case No. 23-01955-JDW

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: CAIRO HOLDING COMPANY, INC.[2]** **CHAPTER 11**

**Debtor** **CASE NO. 23-01954-JDW**

**Jointly Administered**

**SHORTENED SERVICE AND NOTICE LIST**
**As of March 28, 2024**

Office of the Untied States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Subchapter V Trustee
Robert A. Byrd
rab@byrdwiser.com

Legacy Capital
Chip Porter
cporter@legacycapital.com

**Secured Creditors**

Channel Partners Capital LLC
10900 Wayzata Blvd., #300
Hopkins, MN 55305

Navitas Credit
203 Fort Wade Road
Ponte Vedra, FL 32081

RiverHills Bank
1400 Hwy 61 N
Vicksburg, MS 39183

**Government and State Agencies**

United States Attorney
Cynthia Eldridge for USDA and IRS
501 E. Court Street
Suite 4.430
Jackson, MS 39201-5025

Internal Revenue Service
Ogden, UT 84201-0039

U.S. Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E.
Suite 9
Atlanta, GA 30326-1180

Mississippi Department of Revenue
Bankruptcy Division
P. O. Box 22808
Jackson, MS 39225-2808

Mississippi Department of Revenue
P. O. Box 23192
Jackson, MS 39225

Warren County Tax Collector
1009 Cherry Street

[2]Jointly Administered with Cappaert Manufactured Housing, Inc., Case No. 23-01955-JDW

Vicksburg, MS 39180

**20 Largest Unsecured Creditors**

Wesco
P. O. Box 530409
Atlanta, GA 30353-0409

Patrick Industries, Inc.
P. O. Box 77471
Minneapolis, MS 55485-4701

Dynamic Capacity Group
P. O. Box 467
Irwin, PA 15642

Ace Tire & Axle
95 Camp Road
Phil Campbell, AL 35581

Gerdau Long Steel
300 Ward Road
Midlothian, TX 76065

Service Partners LLC
P. O. Box 746945
Atlanta, GA 30374-6945

Capital Preservation Services LLC
213 Katherine Drive
Flowood, MS 39232

UFP Distribution
2701 Ada Drive
Elkhart, IN 46514

Basic Components, Inc.
1201 S Second Avenue
Mansfield, TX 76063

Nortek Global HVAC LLC
P. O. Box 405889
Atlanta, GA 30384-5889

Chase Bank
P. O. Box 94014
Palatine, IL 60094-4014

Woodgrain Milwork
P. O. Box 202637
Dallas, TX 75320-2637

Fastening Solutions, Inc.
P. O. Box 161842
Atlanta, GA 30321-1842

Union Corrugating Co.
Dept 5918
Birmingham, AL 35246-5918

Knauf Insulation Inc.
25767 Network Place
Chicago, IL 60673-1257

Electrolux/Frigidaire
P. O. Box 2638
Carol Stream, IL 60132-2638

Employee Mutual Casualty Co.
P. O. Box 5001
Villa Park, IL 60181-5001

Hilti Inc.
P. O. Box 650756
Dallas, TX 75265-0756

Mid South Lumber & Supply
4925 Highway 61 South
Vicksburg, MS 39180

**Parties Requesting Notice and service via U.S. Mail**

Justin Powell
109 Honey Hollow Road
Lucedale, MS 39452

**Parties Requesting Notice and will be served via ECF**

Jeff Rawlings
jeff@rawlingsmacinnis.net

Chad J. Hammons
chammons@joneswalker.com

Marcus Wilson
mwilson@blswlaw.com

Andrew Wilson
awilson@blswlaw.com

Clyde X. Copeland, III
ccopeland@jcalawfirm.com

John C. Conine, Jr.
coninej@scwllp.com

William Jack Simpson
jsimpson@langstonlott.com

Timothy J. Anzenberger
tim.anzenberger@arlaw.com

Marc E. Brand
marc@brandlawfirm.com

Charles M. Rush
cmrush@charlesmrushesq.com

James C. Fondren
jfondrenlaw@gmail.com

Stephen T. Masley
smasley@hinshawlaw.com

F. Russell Brabec
rbrabec@jcalawfirm.com

David Pitre
david@sgpflaw.com

**DUNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**CAIRO HOLDING COMPANY, INC.** **CASE NO. 23-01954-JDW**

**DEBTOR.** **CHAPTER 11**

**NOTICE OF HEARING AND DEADLINES**

J. Walter Newman IV, attorney for the debtor, has filed a Final Application for Compensation (the "Application") (Dkt # 229) with the Court in the above styled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold a hearing on October 30, 2024, at 1:30 pm. in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before October 28, 2024. Please note that a corporation, partnership, trust, and other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 E. Court Street, Ste. 2.300, Jackson, MS 39201.

Date: September 30, 2024

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court St., Ste. 2.300
Jackson, MS 39201
601-608-4600

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: CAIRO HOLDING COMPANY, INC.[1] CHAPTER 11**

**Debtor CASE NO. 23-01954-JDW**

**Jointly Administered**

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF NECESSARY EXPENSES**

COMES NOW, Newman & Newman, ("Applicant") and files this its Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses (the "Application"), and in support thereof would show as follows:

1. The Debtor filed its voluntary petition for relief pursuant to 11 U.S.C. Chapter 11 on August 25, 2023 as a Subchapter V Debtor. The Debtor filed its Motion for Administrative Consolidation on August 25, 2023 and the Court granted same on October 3, 2023 and an Agreed Order was entered Consolidating Cairo Holding Company, Inc., and Cappaert Manufactured Housing, Inc. [Docket No. 61].

2. On November 1, 2023, this Court entered its Order Authorizing Employment of Counsel for the Debtor [Docket No. 102]. Prior to the filing of the petition a $20,000.00 retainer was paid to Newman & Newman by the Debtor.

3. On January 26, 2024, this Court entered an Agreed Order approving $78,516.25 in fees and $70.00 in expenses for a total of $78,446.25 for July 24, 2023 to and including December 21, 2023, which has been paid. On May 24, 2024, this Court entered an Agreed Order approving

[1]Jointly Administered with Cappaert Manufactured Housing, Inc., Case No. 23-01955-JDW

$49,507.37, which represents $49,080.00 in fees and $427.37 in expenses for December 22, 2023 to and including April 22, 2024, which has not been paid.

4. The services rendered to the Debtor by Applicant represent substantial services. The services rendered and expenses incurred benefitted the estate. An Affidavit reflecting the legal services rendered and expenses incurred by said attorney is attached hereto as Exhibit "A" and incorporated herein by reference. The Affidavit also certifies and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services have actually been rendered. A detailed itemization of the services rendered, and expenses incurred, is attached hereto as Exhibit "B" and incorporated herein by reference.

5. This is the final request by said attorney for allowance of compensation and reimbursement of necessary expenses in the Chapter 11 proceeding.

6. This Court has set September 30, 2024 as the bar date for the filing of all Administrative Claims in this Chapter 11 case and the deadline for objection to same has been set for October 30, 2024 **[Docket No. 224]**.

7. This request by said attorney J. Walter Newman IV of Newman & Newman is from April 22, 2024 to and including September 30, 2024 for a sum of $23,072.06, which represents $22,697.78 in fees and $374.28 in expenses. These fees will be allocated 50% to Cairo Holding Company, Inc. and 50% to Cappaert Manufactured Housing, Inc.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an appropriate Order awarding reasonable attorney's fees for the professional services rendered herein to Applicant in the Chapter 11 bankruptcy and authorizing and directing the Estate to pay said fees and expenses to Newman & Newman as Administrative Priority Claim and approving all previous interim fees as final. Applicant prays for such further and other relief, both general and special, as allowable under the circumstances.

Respectfully submitted, this the 30th day of September, 2024.

**CAIRO HOLDING COMPANY, INC.**

By Its Attorney,

**J. WALTER NEWMAN IV**

***/s/J. Walter Newman IV***
J. WALTER NEWMAN IV

J. Walter Newman IV, MSB# 3832
NEWMAN & NEWMAN
587 Highland Colony Parkway
Ridgeland, MS 39157
Telephone No. (601) 948-0586
Email: wnewman95@msn.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I, J. Walter Newman IV, the undersigned attorney for the above referenced debtor, do hereby certify that I have this date served a true and correct copy of the Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses *via* Notice of Electronic Filing (NEF) through the ECF system to the following:

Office of the Untied States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Christopher J. Steiskal
christopher.j.steiskal@usdoj.gov

Robert A. Byrd
rab@byrdwiser.com

Dated this the 30th day of September, 2024.

*/s/J. Walter Newman IV*
J. WALTER NEWMAN IV

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: CAIRO HOLDING COMPANY, INC.[2]** **CHAPTER 11**

**Debtor** **CASE NO. 23-01954-JDW**

**Jointly Administered**

**AFFIDAVIT IN SUPPORT OF REQUEST FOR COMPENSATION FOR LEGAL SERVICES**

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, J. Walter Newman IV of Newman & Newman, 587 Highland Colony Parkway, Ridgeland, Mississippi 39157, attorney for the debtor, who after having been duly sworn, states on oath that this Affidavit in Support of Request for Compensation for Attorney Services is filed herein by said attorney in support of his request for compensation as attorney for the Debtor, that the statements which are attached to the Application for Compensation are reasonable. Affiant hereby makes application for payment of reasonable attorneys' fees.

J. WALTER NEWMAN IV

Sworn to and subscribed before me, this the 30th day of September, 2024.

Notary Public

My Commission Expires:

★ STATE OF MISSISSIPPI ★
STACY P. LOVORN, NOTARY PUBLIC
RANKIN COUNTY
MY COMMISSION EXPIRES OCTOBER 13, 2027
COMMISSION NUMBER 71281

**Exhibit "A"**

[2]Jointly Administered with Cappaert Manufactured Housing, Inc., Case No. 23-01955-JDW

# Exhibit "B"

J. Walter Newman IV, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Invoice submitted to:
CAIRO HOLDING COMPANY, INC.
6200 HIGHWAY 61 S
VICKSBURG, MS 39180

September 30, 2024

Invoice #13214

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/22/2024 | JWN | TELEPHONE CONFERENCE WITH DILLON VENABLE, WARRANTY CLAIMANT. | 0.10 | |
| | JWN | PREPARE 2ND AND FINAL FEE APPLICATION AND ORDER AND FILE SAME. | | NO CHARGE |
| 4/23/2024 | JWN | RECEIPT AND REVIEW OF SIEMENS AMENDED PROOF OF CLAIM IN BOTH CASES. | 0.20 | |
| | JWN | RESEARCH ENTERGY'S DEMAND CHARGES ON BILL AND PULL INFO FROM THEIR WEBSITE AND SEND TO BOB PALMIERI AND CHIP PORTER. TELEPHONE CONFERENCE WITH JON MAJEWSKI WITH ENTERGY AND RECEIPT AND REVIEW OF EMAIL FROM KAREN HARRISON REGARDING PAYMENT PLAN. | 1.80 | |
| | JWN | EMAILS [3] WITH CHIP PORTER AND BOB PALMIERI REGARDING CASH FLOW. | 0.30 | |
| 4/24/2024 | JWN | EMAIL TO KAREN HARRISON WITH ENTERGY REGARDING OUTSTANDING BALANCE. | 0.20 | |
| 4/25/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FORM BOB PALMIERI REGARDING ENTERGY AND RESPOND TO SAME. | 0.20 | |
| 4/26/2024 | JWN | EMAILS [ 3 ] WITH ANDREW WILSON AND CHIP PORTER REGARDING SALE OF PLANT. | 0.30 | |
| | JWN | RECEIPT AND REVIEW OF HEARING NOTICE ON FINAL FEE APPLICATION AND ORDER TO FILE CERTIFICATE OF SERVICE REGARDING SAME AND FILE SAME AND NOTICE OUT. | | NO CHARGE |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/30/2024 | JWN | TELEPHONE CONFERENCE WITH MONICA SMITH WITH JCW GROUP REGARDING LOST TITLE AND EMAIL TO BOB PALMIERI REGARDING SAME. | 0.20 | |
| | JWN | EMAILS [5] WITH BLAKE TELLER, BOB BYRD, ANDREW WILSON AND CHIP PORTER REGARDING SALE OF PLANT. | 0.50 | |
| 5/1/2024 | JWN | EMAILS [7] WITH ANDREW WILSON AND CHIP PORTER REGARDING SALE. | 0.70 | |
| | JWN | RECEIPT AND REVIEW OF 5TH MOTION TO EXTEND SALE MILESTONE AND RECEIPT AND REVIEW OF ORDER REGARDING SAME. | 0.20 | |
| 5/2/2024 | JWN | EMAILS [2 ] WITH CHIP PORTER AND ANDREW WILSON REGARDING MARBLE. | 0.40 | |
| 5/3/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM ANDREW WILSON REGARDING MAINTENANCE ON PROPERTY BY MARBLE. | 0.20 | |
| 5/9/2024 | JWN | EMAILS [4] WITH ANDREW WILSON AND CHIP PORTER AND PREPARE ABSOLUTE RELEASE AND EMAIL TO BOTH.. | 1.20 | |
| 5/10/2024 | JWN | EMAILS [3] WITH ANDREW WILSON AND CHIP PORTER REGARDING RELEASE. | 0.30 | |
| 5/14/2024 | JWN | RECEIPT AND REVIEW OF ORDER ON BOB BYRD'S FEE APPLICATION. | | NO CHARGE |
| 5/15/2024 | JWN | RECEIPT AND REVIEW OF SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION IN BOTH CASES. | 0.20 | |
| | JWN | EMAILS [4] FROM CHIP PORTER AND ANDREW WILSON REGARDING MARBLE AND RECEIPT AND REVIEW OF UPDATED RELEASE FROM ANDREW. | 0.44 | |
| | JWN | RECEIPT AND REVIEW OF EMAIL FROM UNITED STATES TRUSTEE REGARDING DUPLICATION IN FEE APPLICATION AND RESPOND TO SAME. | | NO CHARGE |
| 5/16/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM BOB PALMIERI REGARDING ENTERGY AND RESPOND TO SAME. | 0.20 | |
| | JWN | WORK ON AGREED ORDER ON FINAL FEE APPLICATION AND EMAIL TO UNITED STATES TRUSTEE'S OFFICE AND RECEIPT AND REVIEW OF EMAIL FROM CHRIS REGARDING SAME AND UPLOAD SAME. | | NO CHARGE |
| 5/17/2024 | JWN | EMAILS [8] WITH CHIP PORTER, ANDREW WILSON AND BOB PALMIERI REGARDING MARBLE AND ENTERGY. | 0.40 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/20/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM CHIP PORTER REGARDING MARBLE FINISHING UNITS THAT ARE UNDER CONSTRUCTION IN THE PLANT. | 0.20 | |
| 5/24/2024 | JWN | WORK ON WAIVER AND CIRCULATE TO CHIP PORTER AND ANDREW WILSON. | 0.40 | |
| | JWN | RECEIPT AND REVIEW OF AGREED ORDER ON FINAL FEE APPLICATION. | | NO CHARGE |
| 5/28/2024 | JWN | RECEIPT AND REVIEW OF REDLINED REVISED WAIVER FROM CHIP PORTER. | 0.20 | |
| 5/29/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM ANDREW WILSON REGARDING USDA LOAN. | 0.20 | |
| 5/30/2024 | JWN | EMAILS [4] WITH BLAKE TELLER, AND ANDREW WILSON REGARDING SALE OF PLANT. | 0.40 | |
| | JWN | CONFERENCE CALL WITH CHIP PORTER AND ANDREW WILSON REGARDING SALE OF PLANT AND LAND. | 0.30 | |
| 5/31/2024 | JWN | RECEIPT AND REVIEW OF MARBLES SIGNED CONTRACT FROM BLAKE TELLER. | 0.20 | |
| | JWN | EMAILS [8] AND CONFERENCE CALL WITH ANDREW WILSON, CHIP PORTER AND BLAKE TELLER REGARDING SALE ON BUILDING. | 0.40 | |
| 6/3/2024 | JWN | WORK ON MOTION TO SELL PLANT AND ORDER REGARDING SAME AND CIRCULATE TO ANDREW WILSON AND CHIP PORTER AND RECEIPT AND REVIEW OF EXHIBIT A TO THE PURCHASE AGREEMENT FROM CHIP PORTER. | 0.80 | |
| 6/4/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM BLAKE TELLER REGARDING RECEIVING EARNEST MONEY ON MARBLE CONTRACT. | 0.10 | |
| 6/5/2024 | JWN | EMAILS [13] WITH JACK SIMPSON AND ANDREW WILSON REGARDING MOTION TO SELL. | 0.40 | |
| | JWN | TELEPHONE CONFERENCE WITH BLAKE TELLER REGARDING ADDRESSES FOR BOUGHT TAXES AND RECEIPT AND REVIEW OF SAME. | 0.20 | |
| | JWN | RECEIPT AND REVIEW OF EMAIL FROM ANDREW WILSON AND MAKE CHANGE AND FINALIZE AND FILE MOTION TO SELL AND EMAIL TO CHAMBERS REGARDING SAME. | 0.50 | |
| | JWN | RECEIPT AND REVIEW OF HEARING NOTICE AND CALENDAR DATES, | | NO CHARGE |

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/6/2024 | JWN | EMAILS [3] WITH JACK SIMPSON AND ANDREW WILSON REGARDING MOTION TO SELL. | 0.30 | |
| | JWN | PREPARE CERTIFICATE OF SERVICE ON MOTION TO SELL AND FILE SAME AND NOTICE OUT. | 0.20 | |
| 6/9/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM RICHARD HARRELL REGARDING MDEQ AND CURE OF ISSUES WITH LANDFILL PERMIT. | 0.50 | |
| 6/10/2024 | JWN | EMAILS [5] WITH ANDREW WILSON AND CHIP PORTER REGARDING MARBLE RELEASE. | 0.40 | |
| | JWN | RECEIPT AND REVIEW OF EMAIL FROM JACK SIMPSON REGARDING APPRAISALS AND RESPOND TO SAME. | 0.40 | |
| | JWN | RECEIPT AND REVIEW OF EMAIL FROM JOHN HARPER REGARDING SALE OF DODGE CARAVAN AND RESPOND TO SAME. | 0.20 | |
| 6/11/2024 | JWN | EMAILS TO AND FROM JOHN HARPER REGARDING SALE OF DODGE. | 0.20 | |
| | JWN | RECEIPT AND REVIEW OF TAX NOTICE FROM BOB PALMIERI AND FORWARD SAME TO ANDREW WILSON REGARDING TAX SALE MATURITY. | 0.20 | |
| | JWN | EMAILS [6] WITH ANDREW WILSON, BLAKE TELLER AND CHIP PORTER REGARDING WAIVER AND RELEASE. | 0.40 | |
| 6/12/2024 | JWN | EMAILS [3] WITH BLAKE TELLER, ANDREW WILSON AND CHIP PORTER REGARDING WAIVER AND RELEASE. | 0.30 | |
| 6/13/2024 | JWN | EMAILS [12] WITH JACK SIMPSON AND CHIP PORTER REGARDING APPRAISAL. | 0.40 | |
| 6/17/2024 | JWN | TELEPHONE CONFERENCE WITH WARRANTY CLAIMANT, RICKY REGARDING DOCUMENTS RECEIVED. | 0.20 | |
| 6/18/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM BOB PALMIERI REGARDING DEBTOR-IN-POSSESSION ACCOUNT AND RESPOND TO SAME. | 0.20 | |
| 6/19/2024 | JWN | RECEIPT AND REVIEW OF OFFER TO COMPROMISE FROM JACK SIMPSON. | 0.20 | |
| 6/20/2024 | JWN | EMAILS [3] WITH CHIP PORTER AND BLAKE TELLER REGARDING MARBLES WAIVER AND RELEASE. | 0.30 | |
| 6/24/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM ANDREW WILSON REGARDING SIMPSON'S OFFER TO COMPROMISE. | 0.20 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/25/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM BOB PALMIERI REGARDING TAX RETURNS. | 0.30 | |
| | JWN | EMAILS [3] WITH BLAKE TELLER AND ANDREW WILSON REGARDING MARBLE AND REVISED RELEASE. | 0.20 | |
| 6/26/2024 | JWN | RECEIPT AND REVIEW OF DAVID PITRE'S MOTION TO SUBSTITUTE COUNSEL. | 0.20 | |
| | JWN | EMAILS [4] WITH BLAKE TELLER AND ANDREW WILSON REGARDING MARBLES RELEASE. | 0.20 | |
| 6/27/2024 | JWN | RECEIPT AND REVIEW OF ORDER SUBSTITUTING DAVID PITRE. | 0.20 | NO CHARGE |
| 7/1/2024 | JWN | RECEIPT AND REVIEW OF JACK SIMPSON'S OBJECTION TO MOTION TO SELL AND RIVERHILLS RESPONSE TO SAME. | 0.60 | |
| 7/2/2024 | JWN | PULL CLAIMS DOCKET AND WORK ON SAME. | 1.00 | |
| | JWN | EMAILS [7] WITH JACK SIMPSON, CHIP PORTER AND ANDREW WILSON REGARDING MOTION TO SELL. | 0.60 | |
| 7/3/2024 | JWN | EMAILS [5] WITH BLAKE TELLER AND CHIP PORTER REGARDING WAIVER AND HEARING ON THURSDAY. | 0.50 | |
| 7/9/2024 | JWN | EMAILS [13] WITH JACK SIMPSON, ROBERT BYRD AND CHIP PORTER REGARDING INTERNAL REVENUE SERVICE CLAIMS AND JACK SIMPSON WITHDRAWING OBJECTION TO SALE MOTION AND CONFERENCE CALL REGARDING SAME. | 0.40 | |
| 7/10/2024 | JWN | EMAIL [2] MOTION TO SELL TO JACK SIMPSON AND CHIP PORTER. | 0.40 | |
| 7/11/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM ANDREW REGARDING HEARING AND JACK SIMPSON'S WITHDRAWAL OF HIS OBJECTION AND RESPOND TO SAME. | 0.40 | |
| | JWN | RECEIPT AND REVIEW OF RIVERHILLS BANK'S AMENDED PROOF OF CLAIMS IN BOTH CASES. | 0.40 | |
| | JWN | PREP FOR AND PARTICIPATE IN HEARING ON MOTION TO SELL. | 2.00 | |
| 7/12/2024 | JWN | TELEPHONE CONFERENCE WITH BOB PALMIERI REGARDING LIST OF WARN ACT EMPLOYEES. | 0.30 | |
| | JWN | RECEIPT AND REVIEW OF EMAIL FROM BOB BYRD AND TELEPHONE CONFERENCE WITH BOB BYRD AND WORK ON ORDER ON MOTION TO SELL AND EMAIL TO ANDREW WILSON AND UNITED STATES TRUSTEE. | 1.70 | |
| 7/15/2024 | JWN | WORK ON MOTION AND ORDER FOR ADMINISTRATIVE AND PRIORITY CLAIMS BAR DATE. | 0.50 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/15/2024 | JWN | RECEIPT AND REVIEW OF LIST OF EMPLOYEES WITH MAILING ADDRESSES FROM BOB PALMIERA AND FORWARD TO JACK SIMPSON. AND EMAIL FROM JACK SIMPSON REGARDING SAME AND RESPOND. | 0.60 | |
| | JWN | RECEIPT AND REVIEW OF EMAIL FROM CHRIS STEISKAL REGARDING LANGUAGE FOR ORDER ON MOTION TO SELL. | 0.20 | |
| 7/16/2024 | JWN | ADD LANGUAGE TO SALE ORDER AND CIRCULATE TO UNITED STATES TRUSTEE AND ANDREW WILSON. | 0.40 | |
| 7/17/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM ANDREW WILSON WITH CHANGES TO ORDER ON SALE AND CIRCULATE SAME AND RECEIPT AND REVIEW OF EMAIL FROM UNITED STATES TRUSTEE REGARDING ADDING BOB BYRD TO ORDER AND MAKE CHANGES AND CIRCULATE TO ALL AND RECEIPT AND REVIEW OF EVERYONE'S AUTHORIZATION VIA EMAIL TO ADD ELECTRONIC SIGNATURES. | 0.60 | |
| | JWN | RECEIPT AND REVIEW OF EMAIL FROM JACK SIMPSON REGARDING WARN ACT CLAIMANTS. | 0.20 | |
| 7/19/2024 | JWN | UPLOAD SALE ORDER. | 0.20 | |
| 7/22/2024 | JWN | TELEPHONE CONFERENCE WITH BOBBY EARLS WARRANTY CLAIMANT REGARDING STATUS OF CASE. | 0.30 | |
| | JWN | RECEIPT AND REVIEW OF EMAIL FROM BOB PALMIERI WITH NEW SPREADSHEET WITH ADDITIONAL INFO ON WARN ACT CLAIMANTS AND RESPOND TO SAME. | 0.60 | |
| | JWN | WORK ON CLAIMS BAR DATE MOTION AND ORDER. | 1.70 | |
| 7/23/2024 | JWN | EMAILS [2] WITH ANDREW WILSON AND BLAKE TELLER REGARDING INVENTORY AT PLANT. | 0.40 | |
| | JWN | RECEIPT AND REVIEW OF EMAIL FROM JACK SIMPSON REGARDING WARN ACT CLAIMS. | 0.20 | |
| 7/24/2024 | JWN | EMAIL JACK SIMPSON NEW WARN ACT CLAIMANTS SPREADSHEET WITH PHONE NUMBERS. | 0.20 | |
| | JWN | EMAILS [2] WITH ANDREW WILSON AND BLAKE TELLER REGARDING INSURANCE AND HOUSES ON PROPERTY. | 0.40 | |
| | JWN | WORK ON ORDER ON CLAIMS BAR DATE MOTION AND FINALIZE AND FILE MOTION AND UPLOAD ORDER. | 0.50 | |
| | JWN | TELEPHONE CONFERENCE WITH JACK SIMPSON REGARDING CLAIMS BAR DATE MOTION AND EMAIL DRAFT TO ANDREW WILSON, BOB BYRD, CHIP PORTER AND JACK SIMPSON AND RECEIPT AND REVIEW OF EMAIL FROM JACK SIMPSON WITH CHANGES AND INCORPORATE HIS CHANGES AND RECEIPT | 0.80 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | AND REVIEW OF EMAILS FROM BOB BYRD AND ANDREW WILSON WITH THEIR APPROVAL OF MOTION. | | |
| 7/26/2024 | JWN | TELEPHONE CONFERENCE WITH AMANDA IN JUDGE WOODARD'S CHAMBERS REGARDING AGREED ORDER. | 0.20 | |
| | JWN | RECEIPT AND REVIEW OF HEARING NOTICE ON CLAIMS BAR DATE MOTION. | 0.20 | |
| 7/29/2024 | JWN | PREPARE CERTIFICATE OF SERVICE ON CLAIMS BAR DATE MOTION AND FILE SAME AND NOTICE OUT. | 0.60 | |
| | JWN | RECEIPT AND REVIEW OF AGREED ORDER ON MOTION TO SELL. | 0.20 | |
| | JWN | RECEIPT AND REVIEW OF EMAIL FROM BOB PALMIERI REGARDING TAX NOTICE AND RESPOND TO SAME. | 0.40 | |
| | JWN | EMAILS [3] WITH ANDREW WILSON AND BLAKE TELLER REGARDING INSURANCE, CLOSING DATE AND EARLY OCCUPANCY AGREEMENT. | 0.50 | |
| 7/30/2024 | JWN | RECEIPT AND REVIEW OF MISSISSIPPI DEPARTMENT OF REVENUE'S PROOF OF CLAIM IN BOTH CASES. | 0.20 | |
| | JWN | EMAILS [7] WITH BLAKE TELLER AND ANDREW WILSON REGARDING NOTICE OF FORFEITURE REGARDING TAXES. | 0.80 | |
| 7/31/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM ANDREW WILSON REGARDING INSURANCE POLICY. | 0.20 | |
| 8/5/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM ANDREW WILSON REGARDING INSURANCE. | 0.20 | |
| 8/6/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM BLAKE TELLER REGARDING CERTIFICATE OF INSURANCE ON PLANT. | 0.20 | |
| | JWN | RECEIPT AND REVIEW OF EMAIL FORM BOB PALMIERI REGARDING ORDER ON MOTION TO SELL PLANT. | 0.40 | |
| 8/7/2024 | JWN | TELEPHONE CONFERENCE WITH BOB PALMIERI REGARDING ORDER ON MOTION TO SELL PLANT. | 0.30 | |
| 8/15/2024 | JWN | EMAILS [2] WITH ANDREW WILSON AND BLAKE TELLER REGARDING INSURANCE AND TAXES. | 0.40 | |
| 8/16/2024 | JWN | TELEPHONE CONFERENCE WITH CHAD HAMMONS REGARDING CLAIMS ANALYSIS. | 0.30 | |
| | JWN | RECEIPT AND REVIEW OF EMAIL FROM BLAKE TELLER REGARDING INSURANCE POLICY. | 0.20 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/19/2024 | JWN | EMAIL [2] WITH ANDREW WILSON AND BLAKE TYLER REGARDING CERTIFICATE OF INSURANCE AND STATUS OF CLOSING. | 0.30 | |
| | JWN | RECEIPT AND REVIEW OF EMAIL FROM AMANDA IN JUDGE WOODARD'S CHAMBERS REGARDING HEARING SET FOR WEDNESDAY AND CONTACT ALL INVOLVED TO LET THEM KNOW JUDGE WOODARD WANTS THE HEARING TO TAKE PLACE. | 0.60 | |
| 8/20/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM CHRIS STEISKAL REGARDING HEARING TOMORROW AND RESPOND TO SAME AND FORWARD EMAIL FROM JUDGE'S CHAMBERS. | 0.20 | |
| | JWN | RECEIPT AND REVIEW OF EMAIL FROM BOB PALMIERI REGARDING PAYROLL TAXES AND RESPOND TO SAME. | 0.20 | |
| 8/21/2024 | JWN | CONFERENCE WITH JAMES MARBLE BEFORE HEARING. | 0.20 | |
| | JWN | EMAIL TO AND FROM JACK SIMPSON AND MEET WITH JACK SIMPSON TO DISCUSS HEARING. | 0.70 | |
| | JWN | PREP FOR AND PARTICIPATE IN HEARING. | 1.00 | |
| | JWN | EMAILS [7] WITH UNITED STATES TRUSTEE, AND BLAKE TELLER REGARDING HEARING THAT JUDGE WANTS EVERYONE TO ATTEND. | 0.40 | |
| | JWN | WORK ON NOTICES REGARDING CLAIMS BAR DATE AND. | 0.50 | |
| 8/22/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM JACK SIMPSON REGARDING NOTICE AND RESPOND TO SAME. | 0.20 | |
| | JWN | ADD LANGUAGE TO ORDER ON CLAIMS BAR DATE AND EMAIL TO JACK SIMPSON AND UPLOAD ORDER AND EMAIL TO JUDGE'S CHAMBERS REGARDING SAME. | 0.40 | |
| 8/23/2024 | JWN | TELEPHONE CONFERENCE WITH JAMES MARBLE AND BOB PALMIERI. | 0.40 | |
| | JWN | RECEIPT AND REVIEW OF ORDER ON CLAIMS BAR DATE AND FINALIZE NOTICE ON SAME AND FILE AND NOTICE OUT. | 0.20 | |
| | JWN | EMAILS [4] WITH BOB PALMIERI AND CHIP PORTER REGARDING RESOLUTION. | 0.20 | |
| | JWN | EMAILS [6] WITH JACK SIMPSON REGARDING NOTICE AND ORDER ENTERED AND EMAIL NOTICE. | 0.30 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/29/2024 | JWN | TELEPHONE CONFERENCE WITH PATTY CAPPAERT REGARDING TAX COLLECTOR'S OFFICE CALLING HER AND PULL DELINQUENT TAX ROLL TO SEE IF TAXES HAVE BEEN PAID AND IF THERE ARE ANY THAT HAVE NOT BEEN PAID. | 0.40 | |
| 9/4/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM JACK SIMPSON REGARDING CERTIFICATE OF SERVICE AND EMAIL SAME TO JACK SIMPSON. | 0.20 | |
| 9/10/2024 | JWN | BEGIN WORKING ON FINAL FEE APPLICATION. | | NO CHARGE |
| 9/16/2024 | JWN | RECEIPT AND REVIEW OF LETTER FROM TRIP BARNES REGARDING MISSING ASSETS AND FORWARD SAME TO CHIP PORTER AND ANDREW WILSON AND RECEIPT AND REVIEW OF EMAILS FROM CHIP PORTER AND ANDREW WILSON AND TELEPHONE CONFERENCE WITH ANDREW WILSON REGARDING SAME. | 1.50 | |
| 9/17/2024 | JWN | EMAIL TRIP BARNES MOTION TO SELL. | 0.20 | |
| | JWN | EMAIL CHIP PORTER MOTION TO SELL. | 0.20 | |
| | JWN | EMAILS [4] WITH TRIP BARNES OFFICE AND CHIP PORTER REGARDING CONFERENCE CALL AND CONFERENCE CALL WITH TRIP BARNES, CHIP PORTER AND ANDREW WILSON REGARDING SALE OF PLANT AND MISSING ASSETS. | 0.40 | |
| 9/18/2024 | JWN | RECEIPT AND REVIEW OF EMAILS [2] FROM ANDREW WILSON REGARDING SALE AND CLOSING DATE. | 0.20 | |
| 9/19/2024 | JWN | EMAILS [7] WITH TRIP BARNES AND ANDREW WILSON REGARDING CLOSING AND DEEDS OF TRUSTS. | 0.70 | |
| 9/20/2024 | JWN | EMAILS [3] WITH TRIP BARNES AND CHIP PORTER REGARDING DOCUMENTS NEEDED FOR CLOSING. | 0.40 | |
| 9/21/2024 | JWN | EMAILS [3] WITH TRIP BARNES AND ROBERT BYRD REGARDING CLOSING AND DOCUMENTS NEEDED. | 0.20 | |
| 9/22/2024 | JWN | EMAILS [4] WITH TRIP BARNES AND ROBERT BYRD REGARDING CLOSING. | 0.40 | |
| 9/23/2024 | JWN | PREPARE PROPOSED DRAFT OF SPECIAL WARRANTY DEED AND LETTER TO TRIP BARNES REGARDING SAME AND EMAIL SAME. | 0.20 | |
| | JWN | RECEIPT AND REVIEW OF LETTER FROM TRIP BARNES REGARDING DOCUMENTS NEEDED FOR DEEDS. | 0.40 | |
| | JWN | RECEIPT AND REVIEW OF LEGAL DESCRIPTION FROM BOB PALMIERI AND WORK ON DEEDS. | 0.60 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/23/2024 | JWN | NUMEROUS EMAILS [10] WITH TRIP BARNES, ANDREW WILSON, CHIP PORTER AND BOB BYRD REGARDING BUYERS FUNDING OF PLANT, CLOSING AND DOCUMENTS NEEDED FOR SAME. | 0.20 | |
| | JWN | RECEIPT AND REVIEW OF LEGAL DESCRIPTION OF 12.90 ACRES FROM CHIP PORTER AND TELEPHONE CONFERENCES [2] WITH CHIP REGARDING SAME. | 0.20 | |
| 9/24/2024 | JWN | RECEIPT AND REVIEW OF DEEDS FROM BLAKE TELLER AND FINALIZE SPECIAL WARRANTY DEED. | 0.80 | |
| | JWN | TELEPHONE CONFERENCES [2] WITH ANDREW WILSON REGARDING CLOSING. | 0.20 | |
| | JWN | LETTER TO BLAKE TELLER AND EMAIL SAME REGARDING DEEDS | 0.20 | |
| | JWN | RECEIPT AND REVIEW OF REVISED CASH FLOW FROM CHIP PORTER. | 0.20 | |
| | JWN | PULL TAX DOCUMENTS AND TELEPHONE CONFERENCE WITH TAX COLLECTORS OFFICE. | 0.30 | |
| | JWN | EMAILS [15] WITH ANDREW WILSON, CHIP PORTER, BLAKE TELLER AND TRIP BARNES REGARDING CLOSING SALE/ISSUES. | 0.70 | |
| 9/25/2024 | JWN | TELEPHONE CONFERENCE WITH BOB BYRD REGARDING ADMINISTRATIVE CLAIMS. | 0.20 | |
| | JWN | EMAILS [4] WITH ANDREW WILSON AND TRIP BARNES REGARDING EXTENSION OF TIME TO CLOSE. | 0.40 | |
| 9/26/2024 | JWN | EMAILS [ ] WITH ANDREW WILSON AND TRIP BARNES REGARDING CLOSING. | 0.20 | |
| 9/27/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM BOB PALMIERI REGARDING PAYROLL AND RESPOND TO SAME. | 0.40 | |
| | JWN | RECEIPT AND REVIEW OF EMAIL FROM JACK SIMPSON AND RESPOND TO SAME AND TELEPHONE CONFERENCE REGARDING SALE WITH JACK SIMPSON. | 0.40 | |
| | JWN | RECEIPT AND REVIEW OF 50 WARN ACT CLAIMANTS PROOF OF CLAIMS. | 1.00 | |
| 9/30/2024 | JWN | RECEIPT AND REVIEW OF EMAIL FROM BOB PALMIERI REGARDING DOMAIN AND EMAIL ADDRESS AND RESPOND TO SAME. | 0.30 | |
| | | For professional services rendered | 56.94 | $22,697.78 |

Additional Charges :

| | | Qty/Price | Amount |
|---|---|---|---|
| 4/26/2024 | POSTAGE EXPENSE. | 26<br>0.64 | 16.64 |
| | PHOTOCOPIES. | 104<br>0.25 | 26.00 |
| 6/4/2024 | FILING FEE FOR MOTION TO SELL. | 1<br>199.00 | 199.00 |
| 6/6/2024 | POSTAGE EXPENSE. | 34<br>0.64 | 21.76 |
| | PHOTOCOPIES. | 170<br>0.25 | 42.50 |
| 7/29/2024 | POSTAGE EXPENSE. | 26<br>0.69 | 17.94 |
| | PHOTOCOPIES. | 78<br>0.25 | 19.50 |
| 8/23/2024 | POSTAGE EXPENSE. | 26<br>0.69 | 17.94 |
| | PHOTOCOPIES. | 52<br>0.25 | 13.00 |
| | Total costs | | $374.28 |
| | Total amount of this bill | | $23,072.06 |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. WALTER NEWMAN | 56.74 | 400.00 | $22,697.78 |
| J. WALTER NEWMAN | 0.20 | 0.00 | $0.00 |

PAYABLE UPON RECEIPT. THANK YOU.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: CAIRO HOLDING COMPANY, INC.[1]** **CHAPTER 11**

**Debtor** **CASE NO. 23-01954-JDW**

**Jointly Administered**

**ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES**

THIS CAUSE having came on for consideration of the ***Final Application of Newman & Newman, counsel for the debtor-in-possession, for Allowance of Compensation and Reimbursement of Necessary Expenses*** **[Docket No. ___]**, (the "Application") filed herein by counsel for the Debtor, and no objections were filed, and the Court, having considered the Motion does hereby find as follows, to-wit:

1. The Debtor filed its voluntary petition for relief pursuant to 11 U.S.C. Chapter 11 on August 25, 2023 as a Subchapter V Debtor. The Debtor filed its Motion for Administrative Consolidation on August 25, 2023 and the Court granted same on October 3, 2023 and an Agreed

[1]Jointly Administered with Cappaert Manufactured Housing, Inc., Case No. 23-01955-JDW

Order was entered Consolidating Cairo Holding Company, Inc., and Cappaert Manufactured Housing, Inc. [Docket No. 61].

2. Newman & Newman was appointed as counsel for the debtor-in-possession on November 1, 2023[Docket No. 102], in this case. Debtor paid Newman & Newman a retainer of $20,000.00.

3. On January 26, 2024, this Court entered an Agreed Order approving $78,516.25 in fees and $70.00 in expenses for a total of $78,446.25 for July 24, 2023 to and including December 21, 2023, which has been paid. On May 24, 2024, this Court entered an Agreed Order approving $49,507.37, which represents $49,080.00 in fees and $427.37 in expenses for December 22, 2023 to and including April 22, 2024, which has not been paid.

4. The services rendered to the Debtor by Applicant represent substantial services. The services rendered and expenses incurred benefitted the estate. An Affidavit reflecting the legal services rendered and expenses incurred by said attorney is attached to the Application as Exhibit "A" and is incorporated herein by reference. The Affidavit also certifies and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services have actually been rendered. A detailed itemization of the services rendered, and expenses incurred, was attached to the Application as Exhibit "B" and is incorporated herein by reference.

5. This is the final request by said attorney for allowance of compensation and reimbursement of necessary expenses for professional services in this proceeding.

6. This Court has set September 30, 2024 as the bar date for the filing of all Administrative Claims in this Chapter 11 case and the deadline for objection to same has been set for October 30, 2024 **[Docket No. 224]**.

7. The total amount of said attorneys' fees and reimbursable expenses in connection with this Chapter 11 proceeding are $23,072.06, which represents $22,697.78 in fees and $374.28 in expenses in expenses for the period of April 22, 2024 to and including September 30, 2024. These fees will be allocated 50% to Cairo Holding Company, Inc. and 50% to Cappaert Manufactured Housing, Inc.

8. On or about September 30, 2024 applicant filed its final application for allowance of compensation for professional services incurred on behalf of the debtor. By this application, the applicant requested the Court to grant this as a final application and approval of all prior interim compensation applications as final.

9. The Debtor represents to the Court that notice of the Application was filed in accordance with all applicable rules.

10. Applicant is entitled to compensation for professional services rendered to the Debtor and reimbursement of expenses incurred on behalf of the debtor pursuant to the provisions of 11 U.S.C. Section 330 and all applications previously approved under 11 U.S.C. § 331 and deemed final pursuant to § 330. Therefore, the application of Newman & Newman, counsel for the debtor-in-possession, should be approved and granted.

**IT IS ACCORDINGLY, ORDERED:**

A. Newman & Newman is hereby allowed compensation and reimbursement of expenses in the amount $23,072.06, which represents $22,697.78 in fees and $374.28 in expenses for the period of April 22, 2024 to and including September 30, 2024. These fees will be allocated 50% to Cairo Holding Company, Inc. and 50% to Cappaert Manufactured Housing, Inc. Each Debtor shall be responsible for ½ of the total fees and expenses.

B. The sum approved and allowed by this Court as compensation and reimbursement of expenses is a priority administrative expense as set forth in 11 U.S.C. §§ 503(b)(2) and 507(a)(2) in the Chapter 11 case and each Debtor is allocated ½ of $23,072.06 and authorized and ordered to pay Debtor's counsel to the extent funds are available.

C. All sums previously approved as interim compensation are hereby deemed and allowed as final compensation pursuant to 11 U.S.C. § 330.

**##END OF ORDER##**

Submitted by:

J. Walter Newman IV, MSB No. 3832
NEWMAN & NEWMAN
587 Highland Colony Parkway
Ridgeland, MS 39157
Telephone: (601) 948-0586
Email: wnewman95@msn.com
Attorney for Debtor